# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 3934 | **DATE** | 3/31/2006 |
| **CASE TITLE** | Daniel S. Smith and John R. Hanley vs. Circuit Court of Cook County and Pretzel and Stouffer | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to proceed in forma pauperis [#4] is DENIED. Plaintiffs' complaint is DISMISSED. Plaintiffs' motion for appointment of counsel [#5] is MOOT and TERMINATED.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | kdt(lc) |
|---|---|---|